WRIGHT CO., Appellant, v. AERO CORPORATION, Limited, Respondent. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by the Wright Company against the Aero Corporation, Limited. F. W. Williamson, for appellant. W. W. Niles, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 128 N. Y. Supp. 726; supra.